Moultrie v. State

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Donald R. Jernigan, Respondent,
v.
State of South Carolina,
Petitioner.
 
 
 

Appeal from Lexington County
Kenneth G. Goode, Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2006-MO-027
Submitted June 21, 2006  Filed August 7, 2006   

AFFIRMED

 
 
 
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for petitioner.
Aileen P. Clare, of South Carolina Office of Appellate Defense, of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following authority:  Glaze v. State, 366 S.C. 271, 621 S.E.2d 655 (2005) (standard of review); Patterson v. State, 359 S.C. 115, 117, 597 S.E.2d 150, 151 (2004) (citing Strickland v. Washington, 466 U.S. 668 (1984)) (grant of post-conviction relief where reasonable probability result would have been different).

 
 
 
 s/Jean H. Toal                                    
   C.J.
 s/James E. Moore                             
       J.
 s/John H. Waller, Jr.                           
       J.
 s/E. C. Burnett, III                                
       J.
 s/Costa M. Pleicones                        
       J.